FILED '08 MAR 04 12:50 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Scott Dahlen,

    Plaintiff,

vs.

City of Bend,

    Defendant.

Civ. No. 08-06032-TC

FINDINGS AND RECOMMENDATION

Coffin, Magistrate Judge:

Before the court is plaintiff's Motion to Remand to State Court (#3). In this action, originally removed from Deschutes County Court, plaintiff brought takings claims under the Oregon and federal constitutions. He asserts that the City of Bend has prevented him from obtaining any economic benefit from a tax lot in which plaintiff had acquired an interest.

Defendant removed the case to federal court. Plaintiff now moves to remand the case to state court on the basis that the federal takings claim is unripe because plaintiff has not exhausted all state remedies. See <u>Williamson Planning Comm'n v. Hamilton Bank</u>, 473 U.S. 172 (1985) (describing exhaustion

1 Findings and Recommendation

requirement). The court finds, based on the affidavit of plaintiff's counsel, that the federal takings claim is unexhausted, and remand to state court is appropriate. For this reason, I recommend that plaintiff's Motion to Remand to State Court (#3) should be granted.[1]

Dated this 4th day of March, 2008.

_____
THOMAS M. COFFIN
United States Magistrate Judge

---

[1] Although not yet considered by the Ninth Circuit, several circuits have held that a motion to remand is to be treated as a dispositive motion for purposes of law governing the magistrate's authority. On this basis, I have filed this Findings and Recommendation on this motion, rather than an order. See In re U.S. Healthcare, 159 F.3d 142 (3d Cir. 1998); Vogel v. U.S. Office Prods. Co., 258 F.3d 509 (6th Cir., 2001); First Union Mortgage Corp. v. Smith, 229 F.3d 992 (10th Cir. 2000).

2 Findings and Recommendation